# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN H. MITCHELL, ) | |
| ) | Civil Action No. 15-568 |
| Plaintiff, ) | |
| ) | District Judge Mark R. Hornak |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| Brackenridge Borough SGT. JOHN ) | ECF Nos. 15, 20 |
| ANTAL, ) | |
| ) | |
| UNKNOWN POLICE OFFICERS ) | |
| from The Brackenridge Borough ) | |
| Police Department, and ) | |
| ) | |
| UNKNOWN POLICE OFFICERS ) | |
| from The Harrison Township Police ) | |
| Department, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

The Complaint in the above captioned case was received by the Clerk of Court on April 30, 2015, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 20), filed on April 27, 2016, recommended that the Motion to Dismiss filed by Defendants Sgt. John Antal and Unknown Police Officers from the Brackenridge Borough Police Department (ECF No. 15) be denied in full. The Report and Recommendation further recommended that Defendants' Motion for a More Definite Statement, in the alternative, also be denied.

Service was made on all counsel of record. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections. No objections have been filed to the Report and Recommendation.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 23D day of May, 2016,

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendants Sgt. John Antal and Unknown Police Officers from the Brackenridge Borough Police Department (ECF No. 15) is **DENIED.**

**IT IS FURTHER ORDERED** that Defendants' Motion for a More Definite Statement, in the alternative, is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 20) filed by Magistrate Judge Lenihan on April 27, 2016, is adopted as the opinion of the Court.

BY THE COURT:

MARK R. HORNAK
U.S. District Judge

cc: All Counsel of record
*Via CM/ECF Electronic Mail*

2